# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JENETTA MONTGOMERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-09-934-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF THE SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On August 5, 2010, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation, wherein she recommended that the defendant's decision denying plaintiff disability insurance benefits and supplemental security income benefits be reversed and that the case be remanded for further administrative proceedings. Magistrate Judge Couch therein advised the parties of their right to file specific written objections to the Report and Recommendation by August 26, 2010, and further advised the parties that failure to file a timely objection waives the right to appellate review of the factual and legal issues addressed.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed by either party within the time prescribed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch on August 5, 2010 (doc. no. 22) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The decision of defendant, Michael J. Astrue,

Commissioner of the Social Security Administration, is **REVERSED**, and this matter is **REMANDED** to the defendant for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

DATED August 27, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0934p002.wpd